## FOURTH DEPARTMENT, FEBRUARY, 1909.

Phillip A. Williams, Jr., and Walter G. Morse, Respondents, v. Helen M. Gridley, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Williams, J., who dissented.

J. Forbes Potter, Appellant, v. Charles R. Drake and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

People's Gas and Electric Company of Oswego, Appellant, v. The Attorney-General of the State of New York, Respondent, Impleaded with Oswego Canal Company and Others.— Interlocutory judgment affirmed, with costs. All concurred.

In the Matter of Proving the Last Will and Testament of William H. Kirkholder, Deceased. Florine A. Kirkholder, Appellant; Eugene S. Knapp, as Executor, etc., of William H. Kirkholder, Deceased, and Others, Respondents.— Decree so far as appealed from affirmed, with ten dollars costs and disbursements, and motion for reference to take additional evidence denied, without costs. All concurred.

In the Matter of Proving the Last Will and Testament of William H. Kirkholder, Deceased. Florine A. Kirkholder, Appellant; Eugene S. Knapp, as Executor, etc., of William H. Kirkholder, Deceased, and Others, Respondents.— Decree affirmed, with costs. All concurred.

Jerry Linehan, Appellant, v. Frank J. Nelson, Respondent.— Judgment and order affirmed, with costs. All concurred, except Spring and Robson, JJ., who dissented upon the ground that prejudicial errors were committed in the reception of evidence and in the instruction to the jury upon the request of the counsel for the defendant, and also for the reason that on the undisputed evidence the plaintiff is entitled to recover.

The First Baptist Church of Romulus, Respondent, v. The Kendaia Grange No. 64 of Seneca County, Appellant.— Final order affirmed, with costs. All concurred, except McLennan, P. J., and Robson, J., who dissented, upon the ground that the relation of landlord and tenant is not established by the evidence.

Frank W. Bartlett, Respondent, v. Hunter Arms Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Emily E. Hunter, Respondent, v. Eli M. Upton, Appellant.— Judgment affirmed, with costs. All concurred.

John McKie, as Tax Collector for the West Side Sewer in the Town of Gates, Respondent, v. Roscoe C. E. Brown and Others, Appellants, Impleaded with the Monroe County Savings Bank.— Judgment affirmed, with costs. All concurred, except Williams, J., who dissented.

Herman J. Michels, an Infant, by Joseph Michels, His Guardian ad Litem, Respondent, v. The E. & B. Holmes Machinery Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., and Kruse, J., who dissented.

Harry K. Mowson, Respondent, v. Sarah A. Mowson, Appellant.— Order affirmed, without costs of this appeal to either party. All concurred.